UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michael Shawn McCourt | Civ. No. 08-6411 (PAM/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| R. Rios, Warden; J. Anderson, Medical Administrator; C. Mead, E.M.T.; L.K. Brandt, Physicians Assistant; and S. Lyngaas, Reporting Lieutenant, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of Chief Magistrate Judge Raymond L. Erickson dated July 16, 2010. In the R&R, Chief Magistrate Judge Erickson recommended that Defendants' Motion for Summary Judgment be granted and Petitioner's action be dismissed with prejudice. Petitioner has failed to file objections to the R&R in the time period permitted. The Court therefore **ADOPTS** the R&R (Docket No. 31). Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion for Summary Judgment (Docket No. 17) is **GRANTED**; and

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Monday, August 16, 2010

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge